1  RICHARD E. NOSKY, JR., City Attorney
   State Bar No. 130726
2  SHELLEY L. GREEN, Assistant City Attorney
   State Bar No. 161521
3  425 N. El Dorado Street, Second Floor
   Stockton, California 95202
4  Telephone: (209) 937-8333
   Facsimile: (209) 937-8898
5
   Attorneys for Defendants
6  CITY OF STOCKTON, MICHAEL
   DIXON, and RONALD ZALUNARDO
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  STEPHEN MOORTGAT,              )   CASE NO. 2:09-CV-02187-JAM-EFB
    ALMA MOORTGAT,                 )
11                                 )   **DEFENDANTS CITY OF STOCKTON,**
           Plaintiffs,             )   **MICHAEL DIXON, AND RONALD**
12                                 )   **ZALUNARDO'S ANSWER TO**
    vs.                            )   **PLAINTIFFS' COMPLAINT FOR**
13                                 )   **VIOLATIONS OF CIVIL RIGHTS**
    COUNTY OF SAN JOAQUIN,         )   **(42 U.S.C. 1983)**
14  RALPH GUERRERO,                )
    ROBIN HERINGER,                )   **[DEMAND FOR JURY TRIAL]**
15  KAREN MUEHLENBERG,             )
    RENEE SMITH,                   )
16  CITY OF STOCKTON,              )
    RONALD EALUNARDO,              )
17  MICHAEL DIXON,                 )
    and Does 1-20, inclusive,     )
18                                 )
           Defendants.            )
19  _____)

20        Defendants CITY OF STOCKTON (hereinafter "City"), MICHAEL

21  DIXON (hereinafter "Dixon"), and RONALD ZALUNARDO (erroneously

22  sued herein as "Ronald Ealunardo" and hereinafter "Zalunardo")

23  (and collectively "City Defendants") answer Plaintiffs STEPHEN

24  MOORTGAT and ALMA MOORTGAT's Complaint, dated August 7, 2009, as

25  follows:

26  ///

27  ///

28  ///

**I.**

**JURISDICTION AND INTRADISTRICT ASSIGNMENT**

1.    **JURISDICTION.**   Answering Paragraph 1 of the Complaint, City Defendants admit that plaintiffs are bringing this lawsuit under various sections of federal and state civil rights laws. City Defendants deny that they deprived plaintiffs of any federal or state rights.

2.    Answering Paragraph 2 of the Complaint, City Defendants admit that the statutes put forth by plaintiffs confer jurisdiction of this Court.

3.    **INTRADISTRICT ASSIGNMENT.**   Answering Paragraph 3 of the Complaint, City Defendants admit that venue is proper in the Eastern District.

**II.**

**PARTIES**

4.    Answering Paragraph 4 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 4, and on that basis deny each and every allegation contained therein.

5.    Answering Paragraph 5 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 5, and on that basis deny each and every allegation contained therein.

6.    Answering Paragraph 6 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 6, and on that basis deny each and every allegation contained therein.

///

7.   Answering Paragraph 7 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 7, and on that basis deny each and every allegation contained therein.

8.   Answering Paragraph 8 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8, and on that basis deny each and every allegation contained therein.

9.   Answering Paragraph 9 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 9, and on that basis deny each and every allegation contained therein.

10.   Answering Paragraph 10 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 10, and on that basis deny each and every allegation contained therein.

11.   Answering Paragraph 11 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 11, and on that basis deny each and every allegation contained therein.

12.   Answering Paragraph 12 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 12, and on that basis deny each and every allegation contained therein.

///

CITY DEFENDANTS ANSWER TO PLAINTIFFS' COMPLAINT

1    13. Answering Paragraph 13 of the Complaint, City

2 Defendants are without sufficient knowledge or information to

3 form a belief as to the truth of the allegations contained in

4 Paragraph 13, and on that basis deny each and every allegation

5 contained therein.

6    14. Answering Paragraph 14 of the Complaint, City

7 Defendants are without sufficient knowledge or information to

8 form a belief as to the truth of the allegations contained in

9 Paragraph 14, and on that basis deny each and every allegation

10 contained therein.

11    15. Answering Paragraph 15 of the Complaint, City

12 Defendants are without sufficient knowledge or information to

13 form a belief as to the truth of the allegations contained in

14 Paragraph 15, and on that basis deny each and every allegation

15 contained therein.

16    16. Answering Paragraph 16 of the Complaint, City

17 Defendants are without sufficient knowledge or information to

18 form a belief as to the truth of the allegations contained in

19 Paragraph 16, and on that basis deny each and every allegation

20 contained therein.

21    17. Answering Paragraph 17 of the Complaint, City

22 Defendants are without sufficient knowledge or information to

23 form a belief as to the truth of the allegations contained in

24 Paragraph 17, and on that basis deny each and every allegation

25 contained therein.

26 ///

27 ///

28 ///

1   **CITY OF STOCKTON DEFENDANTS**

2   18.   Answering   Paragraph   18   of   the   Complaint,   City

3   Defendants,   on   the   basis   of   information   and   belief,   admit   the

4   allegations contained in Paragraph 18.

5   19.   Answering   Paragraph   19   of   the   Complaint,   City

6   Defendants   admit   that   the   Stockton   Police   Department   is   a

7   "department"   within   the   City   of   Stockton   which   in   conjunction

8   with   City   establishes   policies   and   practices.     City   Defendants

9   deny each and every remaining allegation contained therein.

10   20.   Answering   Paragraph   20   of   the   Complaint,   City

11   Defendants   admit   that   Dixon   and   Zalunardo   were   law   enforcement

12   officers   in   the   Stockton   Police   Department   and   employees   of

13   Defendant City.

14   21.   Answering   Paragraph   21   of   the   Complaint,   City

15   Defendants   admit   that   the   Stockton   Police   Department   is   a

16   "department"   within   the   City   of   Stockton   which   in   conjunction

17   with   City   establishes   policies   and   practices.     City   Defendants

18   deny each and every remaining allegation contained therein.

19   22.   Answering Paragraph 22 of the Complaint, Defendant City

20   admits that it had the primary responsibility for the training,

21   education,   and   supervision   of   its   officers.     Defendant   City

22   denies   each   and   every   remaining   allegation   contained   in

23   Paragraph 22.

24   23.   Answering Paragraph 23 of the Complaint, Defendant City

25   denies each and every allegation contained in Paragraph 23.

26   24.   Answering Paragraph 24 of the Complaint, Defendant City

27   denies each and every allegation contained in Paragraph 24.

28   ///

25.   Answering Paragraph 25 of the Complaint, Defendant City denies each and every allegation contained in paragraph 25.

26.   Responding to Paragraph 26 of the Complaint, said paragraph contains no allegations and therefore requires no answer.

27.   Responding to Paragraph 27 of the Complaint, said paragraph contains no allegations and therefore requires no answer.

28.   Answering Paragraph 28 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 28, and on that basis deny each and every allegation contained therein.

29.   Answering Paragraph 29 of the Complaint, City Defendants deny each and every allegation contained therein.

30.   Answering Paragraph 30 of the Complaint, City Defendants deny each and every allegation contained therein.

31.   Answering Paragraph 31 of the Complaint, City Defendants deny each and every allegation contained therein.

**III.**

**FACTUAL ALLEGATIONS**

32.   Answering Paragraph 32 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 32, and on that basis deny each and every allegation contained therein.

///

///

33.  Responding to Paragraph 33 of the Complaint, said paragraph contains no allegations and therefore requires no answer.

34.  Answering Paragraph 34 of the Complaint, on information and belief, City Defendants admit the allegations contained therein.

35.  Answering Paragraph 35 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 35, and on that basis deny each and every allegation contained therein.

**INTERVIEW OF J.M. AT SCHOOL**

36.  Answering Paragraph 36 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 36, and on that basis deny each and every allegation contained therein.

37.  Answering Paragraph 37 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 37, and on that basis deny each and every allegation contained therein.

38.  Answering Paragraph 38 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 38, and on that basis deny each and every allegation contained therein.

///

1    39.  Answering  Paragraph  39  of  the  Complaint,  City

2    Defendants admit that they met with the social workers and

3    subsequently went to the home of Stephen and Alma.   City

4    Defendants further admit J.M. remained in the car while others

5    went to the home.   City Defendants deny each and every remaining

6    allegation contained in Paragraph 39.

7    40.  Answering  Paragraph  40  of  the  Complaint,  City

8    Defendants are without sufficient knowledge or information to

9    form a belief as to the truth of the allegations contained in

10   Paragraph 40, and on that basis deny each and every allegation

11   contained therein.

12   **ENTRY INTO THE MOORTGAT HOME**

13   41.  Answering Paragraph 41 of the Complaint, on information

14   and belief, City Defendants admit the allegations contained

15   therein.

16   42.  Answering  Paragraph  42  of  the  Complaint,  City

17   Defendants deny each and every allegation contained therein.

18   43.  Answering  Paragraph  43  of  the  Complaint,  City

19   Defendants, on information and belief, admit Zalunardo and others

20   talked to Alma upstairs while Stephen waited downstairs with

21   Dixon.   City Defendants deny the remaining allegations contained

22   in Paragraph 43.

23   **STEPHEN AND DIXON DOWNSTAIRS**

24   44.  Answering Paragraph 44 of the Complaint, on information

25   and belief, Dixon admits the allegations contained therein.

26   45.  Answering  Paragraph  45  of  the  Complaint,  City

27   Defendants are without sufficient knowledge or information to

28   form a belief as to the truth of the allegations contained in

1  Paragraph 45, and on that basis deny each and every allegation
2  contained therein.

3      46.   Answering Paragraph 46 of the Complaint, on information
4  and belief, Dixon admits the allegations contained therein.

5      47.   Answering Paragraph 47 of the Complaint, Dixon is
6  without sufficient knowledge or information to form a belief as
7  to the truth of the allegations contained in Paragraph 47, and on
8  that basis denies each and every allegation contained therein.

9      48.   Answering Paragraph 48 of the Complaint, Dixon admits
10 that Stephen told him he had told J.M. they were considering
11 sending her to a military-styled boarding school but is without
12 sufficient knowledge or information to form a belief as to the
13 truth of the remaining allegations contained in Paragraph 48, and
14 on that basis denies each and every remaining allegation
15 contained therein.

16     49.   Answering Paragraph 49 of the Complaint, Dixon admits
17 that Stephen told him he had booked a cruise ship to Mexico as a
18 reward but is without sufficient knowledge or information to form
19 a belief as to the truth of the remaining allegations contained
20 in Paragraph 49, and on that basis denies each and every
21 remaining allegation contained therein.

22     50.   Answering Paragraph 50 of the Complaint, Dixon denies
23 each and every allegation contained therein.

24     51.   Answering Paragraph 51 of the Complaint, Dixon admits
25 the allegations contained therein.

26     52.   Answering Paragraph 52 of the Complaint, Dixon admits
27 the allegations contained in the first two sentences of
28 Paragraph 52.   Dixon is without sufficient knowledge or

1  information to form a belief as to the truth of the remaining

2  allegations contained in Paragraph 52, and on that basis denies

3  each and every remaining allegation contained therein.

4      53.  Answering Paragraph 53 of the Complaint, Dixon admits

5  the allegations contained therein.

6  **ALMA, GUERRERO, AND ZALUNARDO UPSTAIRS**

7      54.  Answering Paragraph 54 of the Complaint, Zalunardo

8  denies each and every allegation contained therein.

9      55.  Answering Paragraph 55 of the Complaint, Zalunardo

10  admits that Alma was informed that J.M. had made allegations

11  Stephen sexually molested her and that Alma explained J.M. was

12  probably lying in retaliation for her punishment.   Zalunardo

13  denies each and every remaining allegation contained therein.

14      56.  Answering Paragraph 56 of the Complaint, Zalunardo

15  admits the allegations contained therein.

16      57.  Answering Paragraph 57 of the Complaint, City

17  Defendants are without sufficient knowledge or information to

18  form a belief as to the truth of the allegations contained in

19  Paragraph 57, and on that basis deny each and every allegation

20  contained therein.

21      58.  Answering Paragraph 58 of the Complaint, Zalunardo

22  denies each and every allegation contained therein.

23      59.  Answering Paragraph 59 of the Complaint, Zalunardo

24  denies that the questioning was aggressive in nature and tone.

25  As to the remaining allegations, City Defendants are without

26  sufficient knowledge or information to form a belief as to the

27  truth of the remaining allegations contained in Paragraph 59, and

28  on that basis deny each and every remaining allegation contained

10

1  therein.

2      60.   Answering Paragraph 60 of the Complaint, Zalunardo

3  denies each and every allegation contained therein.

4      61.   Answering Paragraph 61 of the Complaint, Zalunardo is

5  without sufficient knowledge or information to form a belief as

6  to the truth of the allegations contained in Paragraph 61, and on

7  that basis denies each and every allegation contained therein.

8      62.   Answering Paragraph 62 of the Complaint, Zalunardo is

9  without sufficient knowledge or information to form a belief as

10  to the truth of the allegations contained in Paragraph 62, and on

11  that basis denies each and every allegation contained therein.

12     63.   Answering Paragraph 63 of the Complaint, Zalunardo is

13  without sufficient knowledge or information to form a belief as

14  to the truth of the allegations contained in Paragraph 63, and on

15  that basis denies each and every allegation contained therein.

16     64.   Answering Paragraph 64 of the Complaint, Zalunardo

17  admits the allegations contained therein.

18     65.   Answering Paragraph 65 of the Complaint, Zalunardo

19  admits asking Alma questions about the incidents after Alma

20  brought them up.

21     66.   Answering Paragraph 66 of the Complaint, Zalunardo

22  admits the allegations contained therein with the exception he

23  brought the incident up.

24     67.   Answering Paragraph 67 of the Complaint, City

25  Defendants admit that Alma explained Stephen had been sick.  City

26  Defendants deny each and every remaining allegation contained

27  therein.

28  ///

68. Answering Paragraph 68 of the Complaint, Zalunardo admits that Alma explained Stephen was taking prescription drugs. Zalunardo denies each and every remaining allegation contained therein.

69. Answering Paragraph 69 of the Complaint, Zalunardo denies each and every allegation contained therein.

70. Responding to Paragraph 70 of the Complaint, said paragraph contains no allegations and therefore requires no answer.

71. Answering Paragraph 71 of the Complaint, Zalunardo denies each and every allegation contained therein.

72. Answering Paragraph 72 of the Complaint, Zalunardo denies each and every allegation contained therein.

73. Answering Paragraph 73 of the Complaint, Zalunardo denies each and every allegation contained therein.

74. Answering Paragraph 74 of the Complaint, Zalunardo and Dixon deny each and every allegation contained therein.

75. Answering Paragraph 75 of the Complaint, Dixon and Zalunardo admit that neither officer accompanied Stephen when he went upstairs to collect his clothing and personal effects in order to leave the home.  Dixon and Zalunardo deny the remaining allegations contained therein.

76. Answering Paragraph 76 of the Complaint, Dixon and Zalunardo admit that Stephen yelled some words but lack sufficient information to admit or deny the remaining allegations contained in Paragraph 76, and on that basis deny the remaining allegations.

///

77. Answering Paragraph 77 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 77, and on that basis deny each and every allegation contained therein.

78. Answering Paragraph 78 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 78, and on that basis deny each and every allegation contained therein.

**MAY 20TH, 2008 VISIT TO HOME BY GUERRERO**

79. Answering Paragraph 79 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 79, and on that basis deny each and every allegation contained therein.

80. Answering Paragraph 80 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 80, and on that basis deny each and every allegation contained therein.

81. Answering Paragraph 81 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 81, and on that basis deny each and every allegation contained therein.

82. Answering Paragraph 82 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in

1  Paragraph 82, and on that basis deny each and every allegation

2  contained therein.

3      83.  Answering  Paragraph  83  of  the  Complaint,  City

4  Defendants  are  without  sufficient  knowledge  or  information  to

5  form  a  belief  as  to  the  truth  of  the  allegations  contained  in

6  Paragraph 83, and on that basis deny each and every allegation

7  contained therein.

8      84.  Answering  Paragraph  84  of  the  Complaint,  City

9  Defendants  are  without  sufficient  knowledge  or  information  to

10  form  a  belief  as  to  the  truth  of  the  allegations  contained  in

11  Paragraph 84, and on that basis deny each and every allegation

12  contained therein.

13  **GUERRERO CALLS STEPHEN**

14      85.  Answering  Paragraph  85  of  the  Complaint,  City

15  Defendants  are  without  sufficient  knowledge  or  information  to

16  form  a  belief  as  to  the  truth  of  the  allegations  contained  in

17  Paragraph 85, and on that basis deny each and every allegation

18  contained therein.

19      86.  Answering  Paragraph  86  of  the  Complaint,  City

20  Defendants  are  without  sufficient  knowledge  or  information  to

21  form  a  belief  as  to  the  truth  of  the  allegations  contained  in

22  Paragraph 86, and on that basis deny each and every allegation

23  contained therein.

24      87.  Answering  Paragraph  87  of  the  Complaint,  City

25  Defendants  are  without  sufficient  knowledge  or  information  to

26  form  a  belief  as  to  the  truth  of  the  allegations  contained  in

27  Paragraph 87, and on that basis deny each and every allegation

28  contained therein.

88. Answering Paragraph 88 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 88, and on that basis deny each and every allegation contained therein.

89. Answering Paragraph 89 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 89, and on that basis deny each and every allegation contained therein.

90. Answering Paragraph 90 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 90, and on that basis deny each and every allegation contained therein.

91. Answering Paragraph 91 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 91, and on that basis deny each and every allegation contained therein.

**MAY 27TH, 2008 INTERROGATION ALMA, J.M. & A.M. AT MARY GRAHAM**

92. Answering Paragraph 92 of the Complaint, Defendant City admits the allegations contained therein with the exception that they deny the interview took place at Mary Graham Children's Shelter.

93. Answering Paragraph 93 of the Complaint, Defendant City admits the allegations contained there.

///

94.   Answering Paragraph 94 of the Complaint, Defendant City denies each and every allegation contained therein.

95.   Answering Paragraph 95 of the Complaint, Defendant City admits that Alma pointed out that J.M. was doing this in retaliation for being punished.  Defendant City denies the remaining allegations contained in Paragraph 95.

96.   Answering Paragraph 96 of the Complaint, City Defendants deny each and every allegation contained therein.

97.   Answering Paragraph 97 of the Complaint, Defendant City denies each and every allegation contained therein.

98.   Answering Paragraph 98 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 98, and on that basis deny each and every allegation contained therein.

99.   Answering Paragraph 99 of the Complaint, City Defendants deny each and every allegation contained therein as they apply to them.

100. Answering Paragraph 100 of the Complaint, Defendant City denies each and every allegation contained therein.

101. Answering Paragraph 101 of the Complaint, City Defendants admit, on information and belief, the allegations contained therein.

102. Answering Paragraph 102 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 102, and on that basis deny each and every allegation contained therein.

16

103. Answering Paragraph 103 of the Complaint, Defendant City denies that the investigation and case were dropped against Stephen.  Defendant City admits that the investigation and case were suspended against Stephen.

104. Answering Paragraph 104 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 104, and on that basis deny each and every allegation contained therein.

**THE JUNE 19TH, 2008 MEETING AT CPS OFFICE**

105. Answering Paragraph 105 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 105, and on that basis deny each and every allegation contained therein.

106. Answering Paragraph 106 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 106, and on that basis deny each and every allegation contained therein.

107. Answering Paragraph 107 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 107, and on that basis deny each and every allegation contained therein.

108. Answering Paragraph 108 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in

17

1  Paragraph 108, and on that basis deny each and every allegation

2  contained therein.

3      109. Answering Paragraph 109 of the Complaint, City

4  Defendants are without sufficient knowledge or information to

5  form a belief as to the truth of the allegations contained in

6  Paragraph 109, and on that basis deny each and every allegation

7  contained therein.

8      110. Answering Paragraph 110 of the Complaint, City

9  Defendants are without sufficient knowledge or information to

10  form a belief as to the truth of the allegations contained in

11  Paragraph 110, and on that basis deny each and every allegation

12  contained therein.

13      111. Answering Paragraph 111 of the Complaint, City

14  Defendants are without sufficient knowledge or information to

15  form a belief as to the truth of the allegations contained in

16  Paragraph 111, and on that basis deny each and every allegation

17  contained therein.

18      112. Answering Paragraph 112 of the Complaint, City

19  Defendants are without sufficient knowledge or information to

20  form a belief as to the truth of the allegations contained in

21  Paragraph 112, and on that basis deny each and every allegation

22  contained therein.

23      113. Answering Paragraph 113 of the Complaint, City

24  Defendants are without sufficient knowledge or information to

25  form a belief as to the truth of the allegations contained in

26  Paragraph 113, and on that basis deny each and every allegation

27  contained therein.

28  ///

1      114. Answering   Paragraph   114   of   the   Complaint,   City

2   Defendants   are   without   sufficient   knowledge   or   information   to

3   form a belief as to the truth of the allegations contained in

4   Paragraph 114, and on that basis deny each and every allegation

5   contained therein.

6      115. Answering   Paragraph   115   of   the   Complaint,   City

7   Defendants   are   without   sufficient   knowledge   or   information   to

8   form a belief as to the truth of the allegations contained in

9   Paragraph 115, and on that basis deny each and every allegation

10   contained therein.

11      116. Answering   Paragraph   116   of   the   Complaint,   City

12   Defendants   are   without   sufficient   knowledge   or   information   to

13   form a belief as to the truth of the allegations contained in

14   Paragraph 116, and on that basis deny each and every allegation

15   contained therein.

16      117. Answering   Paragraph   117   of   the   Complaint,   City

17   Defendants   are   without   sufficient   knowledge   or   information   to

18   form a belief as to the truth of the allegations contained in

19   Paragraph 117, and on that basis deny each and every allegation

20   contained therein.

21      118. Answering   Paragraph   118   of   the   Complaint,   City

22   Defendants   are   without   sufficient   knowledge   or   information   to

23   form a belief as to the truth of the allegations contained in

24   Paragraph 118, and on that basis deny each and every allegation

25   contained therein.

26      119. Answering   Paragraph   119   of   the   Complaint,   City

27   Defendants   are   without   sufficient   knowledge   or   information   to

28   form a belief as to the truth of the allegations contained in

19

1  Paragraph 119, and on that basis deny each and every allegation

2  contained therein.

3  **JUNE 25TH, 2008 MEETING WITH LICENSING SOCIAL WORKERS**

4      120. Answering Paragraph 120 of the Complaint, City

5  Defendants are without sufficient knowledge or information to

6  form a belief as to the truth of the allegations contained in

7  Paragraph 120, and on that basis deny each and every allegation

8  contained therein.

9      121. Answering Paragraph 121 of the Complaint, City

10  Defendants are without sufficient knowledge or information to

11  form a belief as to the truth of the allegations contained in

12  Paragraph 121, and on that basis deny each and every allegation

13  contained therein.

14  **JULY 17TH, 2008 MEETING WITH SMITH AND FURTHER VFM**

15      122. Answering Paragraph 122 of the Complaint, City

16  Defendants are without sufficient knowledge or information to

17  form a belief as to the truth of the allegations contained in

18  Paragraph 122, and on that basis deny each and every allegation

19  contained therein.

20      123. Answering Paragraph 123 of the Complaint, City

21  Defendants are without sufficient knowledge or information to

22  form a belief as to the truth of the allegations contained in

23  Paragraph 123, and on that basis deny each and every allegation

24  contained therein.

25  ///

26  ///

27  ///

28  ///

124. Answering Paragraph 124 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 124, and on that basis deny each and every allegation contained therein.

125. Answering Paragraph 125 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 125, and on that basis deny each and every allegation contained therein.

126. Answering Paragraph 126 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 126, and on that basis deny each and every allegation contained therein.

127. Answering Paragraph 127 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 127, and on that basis deny each and every allegation contained therein.

128. Answering Paragraph 128 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 128, and on that basis deny each and every allegation contained therein.

129. Answering Paragraph 129 of the Complaint, City Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in

1  Paragraph 129, and on that basis deny each and every allegation
2  contained therein.

3      130. Answering  Paragraph  130  of  the  Complaint,  City
4  Defendants are without sufficient knowledge or information to
5  form a belief as to the truth of the allegations contained in
6  Paragraph 130, and on that basis deny each and every allegation
7  contained therein.

8      131. Answering  Paragraph  131  of  the  Complaint,  City
9  Defendants are without sufficient knowledge or information to
10 form a belief as to the truth of the allegations contained in
11 Paragraph 131, and on that basis deny each and every allegation
12 contained therein.

13     132. Answering  Paragraph  132  of  the  Complaint,  City
14 Defendants are without sufficient knowledge or information to
15 form a belief as to the truth of the allegations contained in
16 Paragraph 132, and on that basis deny each and every allegation
17 contained therein.

18                              **IV.**

19                           **DAMAGES**

20     133. Answering  Paragraph  133  of  the  Complaint,  City
21 Defendants deny each and every allegation contained therein.

22     134. Answering  Paragraph  134  of  the  Complaint,  City
23 Defendants deny each and every allegation contained therein.

24     135. Answering  Paragraph  135  of  the  Complaint,  City
25 Defendants deny each and every allegation contained therein.

26 ///

27 ///

28 ///

**V.**

**CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF**

**VIOLATION OF CIVIL RIGHTS (42 U.S.C. 1983)**

[Plaintiffs vs. GUERRERO, MUEHLENBERG, ZALUNARDO, and DIXON – Entry]

136. Answering Paragraph 136 of the Complaint, City Defendants re-allege their responses in the foregoing paragraphs and incorporate the same into their response to this claim for relief as though fully set forth herein.

137. Responding to Paragraph 137 of the Complaint, said paragraph contains no allegations and therefore requires no answer.

**SECOND CLAIM FOR RELIEF**

**VIOLATION OF CIVIL RIGHTS (42 U.S.C. 1983)**

[Plaintiffs vs. GUERRERO, EALUNARDO, and DIXON-Warrantless Removal]

138. Answering Paragraph 138 of the Complaint, City Defendants re-allege their responses to the foregoing paragraphs and incorporate the same into their response to this claim for relief as though fully set forth herein.

139. Responding to Paragraph 139 of the Complaint, said paragraph contains no allegations and therefore requires no answer.

**THIRD CLAIM FOR RELIEF**

**VIOLATION OF CIVIL RIGHTS (42 U.S.C. 1983)**

[Plaintiffs vs. GUERRERO, ZALUNARDO, and DIXON-Forced Separation]

[14th Amendment]

140. Answering Paragraph 140 of the Complaint, City Defendants re-allege their responses to the foregoing paragraphs

1  and incorporate the same into their response to this claim for

2  relief as though fully set forth herein.

3      141. Responding to Paragraph 141 of the Complaint, said

4  paragraph contains no allegations and therefore requires no

5  answer.

6  **FOURTH CLAIM FOR RELIEF**

7  **VIOLATION OF CIVIL RIGHTS (42 U.S.C. 1983)**

8  [Plaintiffs vs. GUERRERO-No Contact]

9      142. Answering Paragraph 142 of the Complaint, City

10  Defendants re-allege their responses to the foregoing paragraphs

11  and incorporate the same into their response to this claim for

12  relief as though fully set forth herein.  Further, this cause of

13  action does not pertain to City Defendants.

14      143. Responding to Paragraph 143 of the Complaint, said

15  paragraph contains no allegations and therefore requires no

16  answer.

17  **FIFTH CLAIM FOR RELIEF**

18  **VIOLATION OF CIVIL RIGHTS (41 U.S.C. 1983)**

19  [Plaintiffs v. GUERRERO, HERRINGER, and SMITH-VFM & Releases]

20  [1st & 14th Amendment]

21      144. Answering Paragraph 144 of the Complaint, City

22  Defendants re-allege their responses to the foregoing paragraphs

23  and incorporate the same into their response to this claim for

24  relief as though fully set forth herein. Further, this cause of

25  action does not pertain to City Defendants.

26      145. Responding to Paragraph 145 of the Complaint, said

27  paragraph contains no allegations and therefore requires no

28  answer.

**SIXTH CLAIM FOR RELIEF**

**VIOLATION OF CIVIL RIGHTS (42 U.S.C. 1983)**

[Plaintiffs v. HERRINGER – Advising Minor Of Adoptive Status]

146. Answering Paragraph 146 of the Complaint, City Defendants re-allege their responses to the foregoing paragraphs and incorporate the same into their response to this claim for relief as though fully set forth herein. Further, this cause of action does not pertain to City Defendants.

<u>**JURY TRIAL DEMAND**</u>

Defendants City, Dixon, and Zalunardo request a jury trial in this matter.

<u>**SEPARATE AND AFFIRMATIVE DEFENSES**</u>

For their separate and additional defenses to the Complaint as a whole, and to each claim for relief therein, City Defendants, without conceding that they bear the burden of proof or persuasion as to any of them, allege the following, without waiver of or prejudice to their right to plead additional Affirmative Defenses as they become known or available during the pendency of this litigation.

<u>FIRST AFFIRMATIVE DEFENSE</u>

The Complaint on file herein fails to state facts sufficient to constitute a cause of action against City Defendants.

<u>SECOND AFFIRMATIVE DEFENSE</u>

All events in connection with the incident alleged in the plaintiffs' Complaint and any resulting injuries or damages therefrom were contributed to and proximately caused by the negligence of the plaintiffs, in that the plaintiffs failed to exercise ordinary care for their own safety under the

1  circumstances, thereby barring the plaintiffs from any recovery.

2  THIRD AFFIRMATIVE DEFENSE

3  The plaintiffs, through the exercise of reasonable effort,

4  could have mitigated their amount of damages, if any there were,

5  but plaintiffs have failed and refused, and continue to fail and

6  refuse, to exercise a reasonable effort in seeking to mitigate

7  damages.

8  FOURTH AFFIRMATIVE DEFENSE

9  City Defendants acted in good faith and did not directly or

10  indirectly perform any acts whatsoever which would constitute a

11  violation of any state or federal right possessed by the

12  plaintiffs.

13  FIFTH AFFIRMATIVE DEFENSE

14  City Defendants acted in good faith and did not directly or

15  indirectly perform any acts whatsoever which would constitute a

16  breach of any duty owed to the plaintiffs.

17  SIXTH AFFIRMATIVE DEFENSE

18  Defendants Dixon and Zalunardo are not liable for any

19  punitive damages in that they have never taken any action with a

20  willful, indifferent, conscious, or reckless disregard of the

21  plaintiffs' rights, have not engaged in any despicable conduct

22  with respect to the plaintiffs, nor have any of them performed or

23  omitted any act which would constitute intentional

24  misrepresentation, deceit, or concealment of a material fact with

25  the intention of depriving the plaintiffs of civil rights,

26  property, and/or causing injury.

27  ///

28  ///

SEVENTH AFFIRMATIVE DEFENSE

At all times relevant to this litigation, the acts or omissions of Dixon and Zalunardo were done while exercising due care in the execution or enforcement of a law thereby precluding the plaintiffs from any recovery from these answering defendants.

EIGHTH AFFIRMATIVE DEFENSE

At all times relevant to this litigation, the plaintiffs consented, either expressly or impliedly, to all alleged acts and/or conduct performed by City Defendants.

NINTH AFFIRMATIVE DEFENSE

The acts and/or omission of third person(s) and/or entity(ies), negligent or otherwise, proximately caused or contributed to the loss and/or damage, if any, plaintiffs sustained or may sustain. Therefore, any liability should be reduced in proportion to the fault of third person(s) and/or entity(ies), including without limitation any non-economic losses or injuries caused by such third person(s) and/or entity(ies).

TENTH AFFIRMATIVE DEFENSE

At no time relevant to this litigation did the plaintiffs sustain any violation of their civil rights pursuant to a governmental habit, custom, or practice thereby precluding the plaintiffs from maintaining their causes of action for violations of their civil rights pursuant to respondeat superior.

ELEVENTH AFFIRMATIVE DEFENSE

At all times relevant to this litigation, Dixon and Zalunardo acted in good faith and with probable cause, with the honest, reasonable belief that such actions were reasonable and necessary, and at no time did they know or should they have known

1  that the action taken within the sphere of their official

2  responsibility would violate the constitutional rights of the

3  plaintiffs and are thereby entitled to qualified immunity.

4                    TWELFTH AFFIRMATIVE DEFENSE

5      At all times relevant to this litigation, Defendants Dixon

6  and Zalunardo were duly qualified, appointed peace officers

7  acting within the course and scope of their employment.

8                   THIRTEENTH AFFIRMATIVE DEFENSE

9      A public employee is not liable for injury caused by his

10  instituting or prosecuting any judicial or administrative

11  proceeding within the scope of his employment, even if he acts

12  maliciously and without probable cause.  (Gov. Code, § 821.6.)

13                  FOURTEENTH AFFIRMATIVE DEFENSE

14      At no time relevant to this litigation did City Defendants

15  violate any statute or enactment designed or intended to protect

16  the plaintiffs against the harm for which the plaintiffs seek

17  damages nor was any statute or enactment specified by the

18  plaintiffs in their Complaint designed to create a civil cause of

19  action for persons in the plaintiffs' position.

20                   FIFTEENTH AFFIRMATIVE DEFENSE

21      Defendants Dixon and Zalunardo are immune for their

22  discretionary acts. (Gov. Code, § 820.2.)

23                   SIXTEENTH AFFIRMATIVE DEFENSE

24      Defendants Dixon and Zalunardo's actions towards plaintiffs

25  were conducted with due care in the execution or enforcement of

26  laws.

27                  SEVENTEENTH AFFIRMATIVE DEFENSE

28      Defendants Dixon and Zalunardo are not liable for any

28

1 | injuries caused by the act or omission of another person. (Gov.
2 | Code, § 820.8.)

3 | ### EIGHTEENTH AFFIRMATIVE DEFENSE

4 | City Defendants are immune from liability for any injuries
5 | or damages caused by any negligent or intentional
6 | misrepresentations. (Gov. Code, § 818.8.)

7 | ### NINETEENTH AFFIRMATIVE DEFENSE

8 | Defendant City is not liable for damages awarded under Civil
9 | Code section 3294 or other damages imposed primarily for the sake
10 | of example and by way of punishing the defendant.

11 | ### TWENTIETH AFFIRMATIVE DEFENSE

12 | City Defendants reserve the right to assert any additional
13 | claims, rights and defenses that are available, or which, by
14 | passage of time, the discovery process, or otherwise, become
15 | applicable to the present factual situation or otherwise become
16 | ripe.

17 | WHEREFORE, City Defendants pray for judgment as follows:

18 | 1. That Plaintiffs take nothing by reason of their
19 | Complaint and that judgment be rendered in favor of City
20 | Defendants;

21 | 2. That plaintiffs' Complaint be dismissed;

22 | 3. That City Defendants be awarded their costs of suit and
23 | attorneys' fees incurred in defense of this action; and

24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

CITY DEFENDANTS ANSWER TO PLAINTIFFS' COMPLAINT

1       4.    For such other and further relief as the Court deems

2   just and proper.

3   Dated:  October 9, 2009          RICHARD E. NOSKY, JR.
                                     CITY ATTORNEY
4
                                     BY/s/ Shelley L. Green
5                                       SHELLEY L. GREEN
                                        ASSISTANT CITY ATTORNEY
6
                                     Attorneys for Defendants
7                                    CITY OF STOCKTON, MICHAEL DIXON,
                                     and RONALD ZALUNARDO
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CITY DEFENDANTS ANSWER TO PLAINTIFFS' COMPLAINT