**ROBERT R. POWELL, ESQ. CSB#159747**
**DENNIS R. INGOLS, ESQ.   CSB#236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
E: admin@rrpassociates.com

Attorneys for Plaintiffs
STEPHEN MOORTGAT & ALMA MOORTGAT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| STEPHEN MOORTGAT, et al.,  )<br>  )<br>Plaintiffs,  )<br>  )<br>  )<br>vs.  )<br>  )<br>  )<br>  )<br>COUNTY OF SAN JOAQUIN, et al.,  )<br>  )<br>Defendants.  )<br>_____) | Case No. 2:09-cv-02187-JAM-EFB<br><br>STIPULATION AND ORDER RE:<br> CONTINUANCE OF HEARING ON<br>MOTION TO DISMISS<br><br>Date: December 9, 2009<br>Time: 9:00 a.m.<br>Place: Courtroom 6 |

    The parties hereto, by and through their respective counsel, do hereby stipulate and agree as set forth below, upon the following recital of facts, and request this court order same:

    1.    Defendants County of San Joaquin, Ralph Guerrero, and Renee Smith ("County Defendants") filed a Motion to Dismiss [ ] on October 13, 2009, which is set for hearing on December 9, 2009 at 9:00 a.m.

    2.    Plaintiffs' counsel is in a juvenile court disposition hearing (set by that court without consulting with counsel) in southern California (County of Riverside) on that date, and therefore is unavailable to appear on County Defendants' Motion to Dismiss at that time.

1

Stipulation and Order Re: Continuance
Moortgat v. San Joaquin County, et al.

PDF created with pdfFactory trial version www.pdffactory.com

3. Plaintiffs' Opposition to the Motion to Dismiss was due on or before November 25, 2009. However, Plaintiffs' counsel experienced several bouts of technical difficulties recently, which included problems with the software on which counsel for Plaintiffs maintains calendar and to-do list deadlines. As a result, Plaintiffs' counsel missed the deadline for filing the Opposition, and did not realize until this morning, at a routine case meeting, that the deadline had passed.

Based on these circumstances, the parties agree as follows and request the court order same;

1. The hearing on the County Defendants' Motion to Dismiss currently calendared for hearing on December 9th, 2009, at 9:00 a.m., shall be continued until February 3, 2010, at 9:00 a.m., and all associated Opposition and Reply filing deadlines shall be calculated based upon the continued date for the hearing.

**IT IS SO STIPULATED.**

Dated : 12/2/09                           /S/ Robert R. Powell
                                          ROBERT R. POWELL, ESQ.
                                          Attorney for Plaintiffs


Dated : 12/2/09                           SUNTAG & FEUERSTEIN
                                          A Professional Corporation

                                          By:    /s/ *Dana A. Suntag*
                                          DANA A. SUNTAG
                                          Attorneys for Defendants
                                          COUNTY OF SAN JOAQUIN,
                                          RALPH GUERRERO and
                                          RENEE SMITH

//
//
//
//
//

2

Stipulation and Order Re: Continuance
Moortgat v. San Joaquin County, et al.

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Based on the foregoing stipulation, and good cause appearing therefor, the Court hereby approves the stipulation of the parties and orders as follows:

1. The current hearing date on County Defendants' Motion to Dismiss set for 12/9/2009, is continued to February 3, 2010, at 9:00 a.m.

2. All associated Opposition and Reply filing deadlines shall be calculated based upon the continued date for the hearing.

**IT IS SO ORDERED**.

Dated:  December 2, 2009                              /s/ John A. Mendez
                                                     HON. JOHN A. MENDEZ
                                                     JUDGE OF THE U.S. DISTRICT
                                                     COURT FOR THE EASTERN
                                                     DISTRICT- SACRAMENTO

3

Stipulation and Order Re: Continuance
Moortgat v. San Joaquin County, et al.

PDF created with pdfFactory trial version www.pdffactory.com