1  DANA A. SUNTAG (State Bar #125127)
   SUNTAG & FEUERSTEIN
2  A PROFESSIONAL CORPORATION
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
4  Telephone:  (209) 943-2004
   Facsimile:    (209) 943-0905
5

6  GILBERTO GUTIERREZ (State Bar #85795)
   OFFICE OF THE COUNTY COUNSEL
7   OF SAN JOAQUIN
   Deputy County Counsel
8  44 North San Joaquin Street, Suite 679
   Stockton, California  95202
9  Telephone:  (209) 468-2980

10 Attorneys for Defendants
   COUNTY OF SAN JOAQUIN,
11 RALPH GUERRERO, and
   RENEE SMITH

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 | STEPHEN MOORTGAT, ALMA MOORTGAT, ) | NO. 2:09-CV-02187-JAM-EFB
                                      )
17 | Plaintiffs,                       ) | **ORDER GRANTING IN PART AND
                                      )   DENYING IN PART DEFENDANTS
18 | v.                                )   COUNTY OF SAN JOAQUIN,
                                      )   RALPH GUERRERO, AND RENEE
19 | COUNTY OF SAN JOAQUIN, et al.,    )   SMITH'S MOTION TO DISMISS
                                      )   THE SECOND, THIRD, FOURTH,
20 | Defendants.                       )   AND FIFTH CLAIMS FOR RELIEF
                                      )   FOR FAILURE TO STATE A
21                                     )   CLAIM**
                                      )
22                                     )   Date: February 3, 2010
                                      )   Time: 9:30 a.m.
23                                     )   Place: Courtroom 6 (14th Floor)
                                      )
24 |_____)

25

26

27

28

ORDER ON COUNTY DEFENDANTS'
MOTION TO DISMISS                        1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | The hearing on Defendants County of San Joaquin, Ralph Guerrero, and |
| 2 | Renee Smith's (the "County Defendants") motion to dismiss the Second, Third, Fourth, |
| 3 | and Fifth Claims for Relief contained in Plaintiff's Complaint was held on February 3, |
| 4 | 2010, in Courtroom 6, the Honorable John A. Mendez presiding. Plaintiffs appeared by |
| 5 | their counsel, Dennis R. Ingols of the Law Offices of Robert R. Powel; the County |
| 6 | Defendants appeared by their counsel Dana A. Suntag of Suntag & Feuerstein, a |
| 7 | Professional Corporation. |

The Court, having reviewed the motion, the Opposition, and the Reply, and having heard argument of counsel at the hearing, rules as follows:

The Motion is GRANTED with leave to amend as to Guerrero and Smith for the reasons the Court stated at the hearing.

The Motion is DENIED as to the County for the reasons the Court stated at the hearing.

Plaintiffs are granted 30 days' leave to amend from February 3, 2010.

The County Defendants shall move, plead, or otherwise respond within 20 days of the date that Plaintiffs file their First Amended Complaint.

Dated: 02/10/2010      /s/ John A. Mendez
U. S. DISTRICT JUDGE JUDGE

Approved as to form:

Dated: February 9, 2010

LAW OFFICES OF ROBERT R. POWELL


By:   /s/ *Dennis R. Ingols*
    DENNIS R. INGOLS
    Attorneys for Plaintiffs

ORDER ON COUNTY DEFENDANTS'
MOTION TO DISMISS

2

PDF created with pdfFactory trial version www.pdffactory.com