DANA A. SUNTAG (State Bar #125127)
THE SUNTAG LAW FIRM
A PROFESSIONAL CORPORATION
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California  95202
Telephone:  (209) 943-2004
Facsimile:    (209) 943-0905

GILBERTO GUTIERREZ (State Bar #85795)
OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
Deputy County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone: (209) 468-2980

Attorneys for Defendants
COUNTY OF SAN JOAQUIN and
RALPH GUERRERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MOORTGAT, ALMA MOORTGAT,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>COUNTY OF SAN JOAQUIN, et al.,  )<br>)<br>Defendants.  )<br>_____) | NO. 2:09-CV-02187-JAM-EFB<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO MODIFY SCHEDULING ORDER**<br><br>Date: January 25, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 6 |

ORDER DENYING PLAINTIFFS' MOTION FOR
LEAVE TO FILE SECOND AMENDED COMPLAINT        1

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiffs' motion for leave to file a second amended complaint to add
2  Mike Perez a defendant and to modify the scheduling order came on regularly for
3  hearing on January 25, 2012, at 1:30 p.m., in Courtroom 6, the Honorable John A.
4  Mendez presiding.
5  Plaintiffs appeared through their counsel, Brett Terry of the Law Offices of
6  Robert R. Powell. Defendants County of San Joaquin and Ralph Guerrero (the "County
7  Defendants") appeared through their counsel, Dana A. Suntag of The Suntag Law Firm.
8  Defendants City of Stockton, Ronald Zalunardo, and Michael Dixon appeared through
9  their counsel, Neal C. Lutterman of the Stockton City Attorney's Office.
10  The Court, having reviewed Plaintiffs' moving papers and the County
11  Defendants' Opposition, and having heard the arguments of counsel for Plaintiff and
12  the County Defendants at the hearing, rules as follows:
13  Plaintiffs' motion is DENIED. Plaintiffs failed to show good cause for the
14  requested relief, as Rule 16(b)(4) of the Federal Rules of Civil Procedure requires.
15  Plaintiffs unduly delayed in filling the motion, and, as a result, it would create extreme
16  prejudice to allow Plaintiffs to add Mike Perez as a defendant and modify the
17  scheduling order at this stage of the case.

Dated: 2/2/2012          /s/ John A. Mendez
                         UNITED STATES DISTRICT JUDGE

Approved as to form:

February 2, 2012

LAW OFFICES OF ROBERT R. POWELL


By    /s/ Brett Terry
      BRETT TERRY
      Attorneys for Plaintiffs

ORDER DENYING PLAINTIFFS' MOTION FOR
LEAVE TO FILE SECOND AMENDED COMPLAINT    2

PDF created with pdfFactory trial version www.pdffactory.com