DANA A. SUNTAG (State Bar #125127)
THE SUNTAG LAW FIRM
A PROFESSIONAL CORPORATION
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California  95202
Telephone:  (209) 943-2004
Facsimile:   (209) 943-0905

GILBERTO GUTIERREZ (State Bar #85795)
OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
Deputy County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for Defendants
COUNTY OF SAN JOAQUIN and
RALPH GUERRERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MOORTGAT, ALMA MOORTGAT, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN JOAQUIN, et al., <br><br> Defendants. | NO. 2:09-CV-02187-JAM-EFB <br><br> **ORDER GRANTING DEFENDANTS COUNTY OF SAN JOAQUIN AND RALPH GUERRERO'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |

PDF created with pdfFactory trial version www.pdffactory.com

1 | The Court has reviewed and considered the Request to Seal and
2 | accompanying documents filed by Defendants County of San Joaquin and Ralph
3 | Guerrero (collectively, the "County Defendants") in support of their motion for summary
4 | judgment or, alternatively, partial summary judgment and any opposition.
5 |     The Court finds that there is good cause for the relief requested in the
6 | Request to Seal.
7 |     THEREFORE, IT IS ORDERED that the County Defendants' Request to
8 | Seal is GRANTED. The Clerk of the Court is directed to file the Confidential Documents
9 | (as defined in the Request to Seal) under seal. The Confidential Documents shall
10 | remain under seal for the duration of the instant case or as this Court otherwise orders.
11 | Pending further court order, only the parties and their counsel of record shall have
12 | access to the Confidential Records.

Dated:  3/7/2012

                      /s/ John A. Mendez
                      UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com