1 | DANA A. SUNTAG (State Bar #125127)
2 | THE SUNTAG LAW FIRM
  | A PROFESSIONAL CORPORATION
3 | The Kress Building
  | 20 North Sutter Street, Fourth Floor
4 | Stockton, California 95202
  | Telephone: (209) 943-2004
5 | Facsimile: (209) 943-0905

6 | GILBERTO GUTIERREZ (State Bar #85795)
  | OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
7 | Deputy County Counsel
  | 44 North San Joaquin Street, Suite 679
8 | Stockton, California 95202
  | Telephone: (209) 468-2980

9 | Attorneys for Defendants
  | COUNTY OF SAN JOAQUIN and
10 | RALPH GUERRERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEPHEN MOORTGAT, ALMA MOORTGAT, | NO. 2:09-CV-02187-JAM-EFB |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants. | |

STIPULATION AND ORDER FOR DISMISSAL

1

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure:

IT IS STIPULATED AND AGREED by counsel of record for (i) Plaintiffs Stephen Moortgat and Alma Moortgat, (ii) Defendants City of Stockton, Ronald Zalunardo, and Michael Dixon, and (iii) Defendants County of San Joaquin and Ralph Guerrero that this entire action be dismissed with prejudice, each party to bear its own costs and fees, including attorneys' fees.

Dated: May 7, 2012              LAW OFFICES OF ROBERT R. POWELL

                                By: /s/ Robert R. Powell
                                    ROBERT R. POWELL
                                    Attorneys for Plaintiffs STEPHEN
                                    MOORTGAT and ALMA MOORTGAT

Dated:  May 7, 2012             CITY OF STOCKTON
                                CITY ATTORNEY'S OFFICE


                                By:    /s/ Neal C. Lutterman
                                    NEAL C. LUTTERMAN
                                    Attorneys for Defendants
                                    CITY OF STOCKTON, RONALD
                                    ZALUNARDO, and MICHAEL DIXON

Dated: May 7, 2012              THE SUNTAG LAW FIRM
                                A Professional Corporation


                                By:    /s/ Dana A. Suntag
                                    DANA A. SUNTAG
                                    Attorneys for Defendants
                                    COUNTY OF SAN JOAQUIN and
                                    RALPH GUERRERO

                                **ORDER**

IT IS SO ORDERED.

Dated:
                                _____
                                UNITED STATES DISTRICT JUDGE