DANA A. SUNTAG (State Bar #125127)
THE SUNTAG LAW FIRM
A PROFESSIONAL CORPORATION
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905

GILBERTO GUTIERREZ (State Bar #85795)
OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
Deputy County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California 95202
Telephone: (209) 468-2980

Attorneys for Defendants
COUNTY OF SAN JOAQUIN and
RALPH GUERRERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MOORTGAT, ALMA MOORTGAT,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>Defendants. | NO. 2:09-CV-02187-JAM-EFB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

STIPULATION AND ORDER FOR DISMISSAL

1

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure:

IT IS STIPULATED AND AGREED by counsel of record for (i) Plaintiffs Stephen Moortgat and Alma Moortgat, (ii) Defendants City of Stockton, Ronald Zalunardo, and Michael Dixon, and (iii) Defendants County of San Joaquin and Ralph Guerrero that this entire action be dismissed with prejudice, each party to bear its own costs and fees, including attorneys' fees.

Dated: May 7, 2012          LAW OFFICES OF ROBERT R. POWELL

By: /s/ Robert R. Powell
   ROBERT R. POWELL
   Attorneys for Plaintiffs STEPHEN
   MOORTGAT and ALMA MOORTGAT

Dated: May 7, 2012          CITY OF STOCKTON
                            CITY ATTORNEY'S OFFICE

By:    /s/ Neal C. Lutterman
   NEAL C. LUTTERMAN
   Attorneys for Defendants
   CITY OF STOCKTON, RONALD
   ZALUNARDO, and MICHAEL DIXON

Dated: May 7, 2012          THE SUNTAG LAW FIRM
                            A Professional Corporation

By:    /s/ Dana A. Suntag
   DANA A. SUNTAG
   Attorneys for Defendants
   COUNTY OF SAN JOAQUIN and
   RALPH GUERRERO

**O R D E R**

IT IS SO ORDERED.

Dated: May 7, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER FOR DISMISSAL

2

PDF created with pdfFactory trial version www.pdffactory.com